UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:16-cv-60966-UU

RICHARD BRIAN AKERS, individually,

      Plaintiff,
v.

WELLS FARGO BANK, N.A.,
a national bank,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff and Defendant hereby jointly give notice that the terms of settlement of this matter has been reached as to all claims of the Plaintiff in connection with mediation before Judge Scott Silverman. The parties have executed a binding mediation term sheet and are in the process of drafting a formal written settlement agreement, which the parties expect to execute within the next seven (7) days. Once executed, it is expected that the terms of the settlement will be able to be implanted with fourteen (14) days of execution. The parties therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

      Respectfully submitted this 6th day of June, 2016.

      BRET L. LUSSKIN, Esq.
      *Attorney for Plaintiff*
      20803 Biscayne Blvd., Ste 302
      Aventura, FL 33180
      Telephone: (954) 454-5841
      Facsimile: (954) 454-5844
      blusskin@lusskinlaw.com

      By: /s/ Bret L. Lusskin, Esq.
          Bret L. Lusskin, Esq.
          Florida Bar No. 28069

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 6th day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Bret L. Lusskin, Esq.<br>
Bret L. Lusskin, Esq.<br>
Florida Bar No. 28069