UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:16-cv-60966-UU

RICHARD BRIAN AKERS, individually,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
a national bank,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AND
## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff RICHARD BRIAN AKERS and Defendant hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice.

Respectfully submitted this 14th day of June, 2016.

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | Aaron S. Weiss (FL Bar # 48813) |
| *Attorney for Plaintiff* | E-mail: aweiss@cfjblaw.com |
| 20803 Biscayne Blvd., Ste 302 | Carlton Fields Jorden Burt, P.A. |
| Aventura, Florida 33180 | 100 Southeast Second Street, Suite No. 4200 |
| Telephone: (954) 454-5841 | Miami, Florida 33131 |
| Facsimile: (954) 454-5844 | Telephone: (305) 530-0050 |
| blusskin@lusskinlaw.com | Attorney for Defendant |
| | |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ Aaron S. Weiss, Esq. |
|     Bret L. Lusskin, Esq. |     Aaron S. Weiss, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No. 48813 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin, Esq.
Florida Bar No. 28069
